FREDERICK ROBINSON, Appellant, *v.* PETER HELFERICH, Respondent.

(Submitted June 2, 1885; decided June 16, 1885.)

*James C. de La Mare* for appellant.

*William F. Browne* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

JAMES CARRIGAN, Appellant, *v.* THOMAS H. O'CONNOR et al., Respondents.

(Argued June 3, 1885; decided June 16, 1885.)

*Edward K. Clark* for appellant.

*Henry H. Anderson* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.